# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 15, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132916 & (49)

PONTIAC FIRE FIGHTERS UNION LOCAL
376,
        Plaintiff-Appellee,

v

CITY OF PONTIAC,
        Defendant-Appellant.

SC: 132916
COA: 271497
Oakland CC: 2006-075367-CL

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 30, 2006 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed: (1) whether the circuit court had jurisdiction to grant a preliminary injunction with respect to the breach of contract claim (Count I) and the unfair labor practice claim (Count II), and (2) if the circuit court had jurisdiction: (a) whether it abused its discretion in issuing an injunction to prevent layoffs based on alleged irreparable harm to the laid-off employees; (b) whether the plaintiff presented sufficient evidence to support its claim of an increased risk of harm to the firefighters who would not be laid off; and (c) whether the plaintiff is likely to prevail on its breach of contract and unfair labor practice claims.

The Michigan Municipal League, the Michigan Association of Counties, Michigan AFSCME Council 25, and the Michigan State AFL-CIO are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 15, 2007

Clerk

d0612